1    PHILLIP A. TALBERT
     United States Attorney
2    PETER K. THOMPSON
     Acting Regional Chief Counsel
3    DANIEL P. TALBERT
     Special Assistant United States Attorney
4         Social Security Administration
          160 Spear Street, Suite 800
5         San Francisco, CA 94105
          Telephone: (510) 970-4860
6         Facsimile: (415) 744-0134
     Attorneys for Defendant
7

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                         SACRAMENTO DIVISION

13

14   RONDA BETTS,                          No.  2:20-cv-02029-DMC

15               Plaintiff,

16   v.                                    STIPULATION AND ORDER TO REMAND
                                           PURSUANT TO SENTENCE FOUR OF 42
17   KILOLO KIJAKAZI,                      U.S.C. § 405(g)
     Acting Commissioner of Social Security,
18
                 Defendant.[1]
19

20

21        The parties stipulate, subject to the approval of the Court, that this action shall be

22   remanded to the Commissioner of Social Security pursuant to section 205(g) of the Social

23   Security Act, as amended, 42 U.S.C. § 405(g), sentence four.  Upon remand, the Appeals Council

24   will remand the case to an administrative law judge for a new hearing and a new decision.  The

25   _____

26   [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant
     to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted,
27   therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to
     continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
28   U.S.C. § 405(g).

parties further stipulate that the clerk shall enter judgment in favor of Plaintiff and against Defendant.

Respectfully submitted,

DATE: April 20, 2022                    *s/ Stuart Barasch*
                                        STUART BARASCH
                                        Attorney for Plaintiff
                                        (authorized via email)

                                        PHILLIP A. TALBERT
                                        United States Attorney

DATE: April 20, 2022        By   *s/ Daniel P. Talbert*
                                 DANIEL P. TALBERT
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant

PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  April 26, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2