STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Ronda Marie Betts

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

RONDA MARIE BETTS,

                  Plaintiff,    CASE NO.: 2:20-CV-02029-DMC

   -v-

ACTING COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

**STIPULATED ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE   EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of One Thousand Two Hundred Eighty Dollars ($1,280.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group. Any payment of costs may be made either by electronic fund transfer (EFT) or by check.

Having reviewed the stipulation at ECF No. 17, which is signed by all counsel, it is so ordered. The Clerk of the Court is directed to terminate ECF No. 16 as a pending motion.

Dated: July 29, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE